JIS Code: COA

| STATE OF MICHIGAN<br>JUDICIAL DISTRICT<br>JUDICIAL CIRCUIT<br>COUNTY<br>☐ IN THE COURT OF APPEALS | CLAIM OF APPEAL | CASE NO.<br>CIRCUIT<br>DISTRICT 2:25-cv-13464<br>PROBATE |
|---|---|---|

**Court address**  
231 W Lafayette Blvd

**Court telephone no.**  
(313)234-5005

| Plaintiff's/Petitioner's name(s) and address(es) ☐ Appellant ☐ Appellee | | Defendant's/Respondent's name(s) and address(es) ☐ Appellant ☐ Appellee |
|---|---|---|
| Janiah Gilbert<br>20150 Greeley St<br>Detroit MI 48203 | v | Henry Ford Hospital<br>2799 W Grand Blvd<br>Detroit, MI 48202 |
| Plaintiff's attorney, bar no., address, and telephone no. | | Defendant's attorney, bar no., address, and telephone no. |

In the matter of  Medical Malpractice

Other interested party(ies) of probate matter  
Criminal violation of HIPPA rules

1. Janiah Gilbert _____ claims an appeal from a final judgment or final order entered on  
   **Name**  
   November 6, 2025 _____ in the U.S. District Court  and (313)916-2600 _____ Court of the State of Michigan,  
   **Date**                              **Court name and number or county**  
   by   ☐ district judge   ☐ circuit judge   ☐ probate judge   ☐ district court magistrate  
   _____ .  
   Name of judge or district court magistrate                  Bar no.

2. Bond on appeal is   ☐ filed.   ☐ attached.   ☐ waived.   ☐ not required.

3. ☐ a. The transcript has been ordered.  
   ☐ b. The transcript has been filed.  
   ☐ c. No record was made.

Approved, SCAO  
Form MC 55, Rev. 9/23  
MCL 15.240, MCL 710.65, MCR 4.401(D), MCR 7.104(C),  
MCR 7.108(C)(3), MCR 7.204(D)  
Page 1 of 2

Distribute form to:  
Court of Appeals/Circuit court  
Trial court  
Appellee  
Appellant

SRA

**Claim of Appeal**  (9/23)
Page 2 of 2

Case No. 2:25-cv-13464

☐ 4. THIS CASE INVOLVES
    ☐ a. A CONTEST AS TO THE CUSTODY OF A MINOR CHILD.
    ☐ b. AN ADULT OR MINOR GUARDIANSHIP UNDER THE ESTATES AND PROTECTED INDIVIDUALS CODE OR UNDER THE MENTAL HEALTH CODE.
    ☐ c. AN INVOLUNTARY MENTAL HEALTH TREATMENT CASE UNDER THE MENTAL HEALTH CODE.
    ☐ d. A RULING THAT A PROVISION OF THE MICHIGAN CONSTITUTION, A MICHIGAN STATUTE, A RULE OR REGULATION INCLUDED IN THE MICHIGAN ADMINISTRATIVE CODE, OR ANY OTHER ACTION OF THE LEGISLATIVE OR EXECUTIVE BRANCH OF STATE GOVERNMENT IS INVALID.
    ☐ e. AN ADOPTION ORDER UNDER CHAPTER X OF THE PROBATE CODE.
    ☐ f. A FREEDOM OF INFORMATION ACT ISSUE.

11/12/2025
Date

*[signature: Janiah Albert]*
Appellant/Attorney signature

**PROOF OF SERVICE**

I certify that copies of this claim of appeal and bond (if required) were served on

_____ on _____ by ☐ personal service.  ☐ first-class mail.
Name                                Date

_____ on _____ by ☐ personal service.  ☐ first-class mail.
Name                                Date

_____ on _____ by ☐ personal service.  ☐ first-class mail.
Name                                Date

_____
Date

_____
Signature