Janiah Gilbert

20150 Greeley St

Detroit,MI 48203

V.

Henry Ford Hospital

2799 W. Grand Blvd

Detroit, MI 48202

25-13464

**Plaintiff's Motion For Reconsideration of Medical Malpractice**

Plaintiffs', Janiah Gilbert, by and through herself respectfully requests this

Honorable court to reconsider its Order as of November 6th, 2025, granting

Forma Pauperis and dismissing without prejudice due to lack of evidence in

plaintiffs complaint and in support thereof avers as follows:

1. There was sufficient evidence to support finding of malpractice in that:

    a. A video recorded by my doula is available as evidence to support my statements.

    b. Ultrasounds taken by another facility also indicate the quantity of fetuses.

    c. A contract was breached by the hospital, resulting in my involuntary confinement at a mental health facility for a period of 12 days.

    d. When questioned about the placenta, the defendant said they were unaware and had already disposed of it.

2. The Court dismissed the case without prejudice due to a lack of subject matter jurisdiction, specifically noting that the issue was related to federal question jurisdiction. I have substantial evidence supporting my statements.

3. The Court erred by not considering any of the Plaintiff's testimony and evidence.