UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Janiah Gilbert,

            Plaintiff(s),

v.                                           Case No. 2:25−cv−13464−SKD−EAS
                                               Hon. Susan K. DeClercq

Henry Ford Hospital, et al.,

            Defendant(s).

_____

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the Notice(s) of Appeal filed in this case and this Certificate of Service was served upon:

                United States Court of Appeals for the Sixth Circuit
                Potter Stewart U.S. Courthouse
                100 East Fifth Street, Fifth Floor
                Cincinnati, OH   45202−3988

and all interested parties, by electronic means or first class U.S. mail, on November 14, 2025.


                                               KINIKIA D. ESSIX, CLERK OF COURT


                                            By: s/ Jurnee E Parker
                                                  Deputy Clerk


Dated:   November 14, 2025