Janiah Gilbert

20150 Greeley St

Detroit, MI 48203

Case No.  25-13464

V.

Henry Ford Hospital

2799 W. Grand Blvd

Detroit, MI 48202

**Plaintiff's Motion For Reconsideration of Medical Malpractice**

Plaintiffs', Janiah Gilbert, by and through herself respectfully requests this Honorable court to reconsider its Order as of November 6th, 2025, granting Forma Pauperis and dismissing without prejudice due to lack of evidence in plaintiffs complaint and in support thereof avers as follows:

1. There was sufficient evidence to support finding of malpractice in that:

    a. A video recorded by my doula is available as evidence to support my statements.

    b. Ultrasounds performed at a different location also reveal the number of fetuses present.

    c. The hospital breached a contract, leading to my involuntary confinement in a mental health facility for 12 days due to the absence of duty from Tatianna Dennard.

    d. They've taken my children and threaten their lives stating that I never had more than one child.

2. The Court dismissed the case without prejudice due to a lack of subject matter jurisdiction, specifically noting that the issue was related to federal question jurisdiction. I have substantial evidence supporting my statements.

3. The Court erred by not considering any of the Plaintiff's testimony and evidence.

4. An emergency hearing is necessary because they have my children threatening their safety and forged documents that were true stating

that I only had one child when I had multiples so they could take the

other 4 childr